UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>    v.<br><br>MIGUEL FRANCISCO SANDOVAL-LOPEZ,<br><br>         Defendant. | No. CR-10-0005-FVS<br><br>ORDER DENYING DEFENDANT'S MOTION FOR RECONSIDERATION AND FOR CONTINUANCE |

**THIS MATTER** came before the Court on Defendant's pro se motion for reconsideration and for continuance. (Ct. Rec. 76). Assistant United States Attorney Matthew F. Duggan represents the United States. Defendant is represented by Bryan P. Whitaker and Karen S. Lindholdt.

On August 31, 2010, Defendant was found guilty following a jury trial. The matter was scheduled for a sentencing hearing on November 30, 2010. On that date, the Court continued the sentencing hearing and referred the matter for the appointment of a second attorney to assist Defendant at sentencing. Ms. Lindholdt was appointed. Defendant was sentenced on January 27, 2011. At the time of Defendant's sentencing hearing, both defense attorneys and Defendant were permitted to address the Court, and the Court fully considered all issues pertaining to the cause. The Court finds that the matter is now complete and no further proceedings are necessary. There is no basis for reconsideration or for a continuance in this case.

ORDER DENYING DEFENDANT'S MOTION . . . - 1

Accordingly, **IT IS HEREBY ORDERED** Defendant's Motion for Reconsideration and for a Continuance (**Ct. Rec. 76**) is **DENIED**.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this order and provide a copy to counsel and to Defendant.

**DATED** this  3rd  day of February, 2011.

                            S/Fred Van Sickle
                            Fred Van Sickle
                    Senior United States District Judge

ORDER DENYING DEFENDANT'S MOTION . . . - 2